IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

OSCAR A. GONZALEZ-BARAJAS,    )
                              )
v.                            )
                              )   CIVIL ACTION NO. B-03-067
PHILIP D. TUTAK, DHS INTERIM  )
DISTRICT DIRECTOR FOR         )
INTERIOR ENFORCEMENT, and     )
JOHN ASHCROFT, ATTORNEY       )
GENERAL OF THE UNITED STATES  )
_____)

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

The issues raised by the Petitioner herein are identical or similar to those recently addressed by U.S. Magistrate Judge Recio's Report and Recommendation in <u>Salazar-Regino v. Trominski.</u>, No. CA B-02-045 (S.D. Tex. Report and Recommendation, March 26, 2003), and the cases that have been consolidated with it. The Government has filed objections to the Report and Recommendation and the Petitioners' have filed their responses. The Honorable Judge Tagle will then rule on the matter. It is anticipated that an appeal will be filed by one of the parties with the Fifth Circuit Court of Appeals. A final resolution of <u>Salazar-Regino v. Trominski.</u>, No. CA B-02-

045 and the consolidated cases on appeal likely would be controlling in this case.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held in abeyance pending a final resolution of Salazar-Regino and the consolidated cases.

 

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

*[signature]*

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

Dated May 23, 2003

**CERTIFICATE OF CONSULTATION**

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

LISA M. PUTNAM
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Paula S. Waddle, Esquire
> SOUTH TEXAS IMMIGRATION COUNCIL
> 107 N. Third St.
> Harlingen, TX  78550

on this the 23rd day of May, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney