IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSCAR A. GONZALEZ-BARAJAS, )<br>)<br>v. )<br>)<br>PHILIP D. TUTAK, DHS INTERIM )<br>DISTRICT DIRECTOR FOR )<br>INTERIOR ENFORCEMENT, and )<br>JOHN ASHCROFT, ATTORNEY )<br>GENERAL OF THE UNITED STATES )<br>_____) | CIVIL ACTION NO. B-03-067 |

### ORDER

Upon consideration of the Unopposed Motion to Hold in Abeyance, the Court finds that the Motion should be granted.

It is therefore ORDERED that this case shall be held in abeyance pending a final decision in Salazar-Regino v. Trominski, No. CA B-02-045 (S.D. Tex.), and in the consolidated cases.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of any dispositive order in Salazar-Regino v. Trominski and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of Salazar-Regino v. Trominski and the consolidated cases.

Done this 30th day of MAY, 2003, in Brownsville, Texas.

_____