IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OSCAR GONZALEZ-BARAJAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-03-067 |
| ) | |
| PHILIP D. TUTAK, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |

**RESPONDENTS' OPPOSED MOTION TO TRANSFER**

On May 11, 2005, the REAL ID Act of 2005 became law. The REAL I D Act, is found within Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231. Specifically, §106 of Title I ("Amendments to Federal Laws to Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." The effective date is May 11, 2005.

Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. This is such a case.

Therefore, Respondents move this case be transferred to the United States Court of Appeals for the Fifth Circuit. Petitioner opposes the transfer.

                        Respectfully submitted,

                        MICHAEL T. SHELBY
                        United States Attorney
                        Southern District of Texas

                        s/ Lisa M. Putnam
                        LISA M. PUTNAM
                        Special Assistant U.S. Attorney
                        P.O. Box 1711
                        Harlingen, Texas 78551
                        Tel: (956) 389-7051
                        Georgia Bar No. 590315
August 10, 2005              Federal Bar No. 2393

**CERTIFICATE OF CONSULTATION**

The undersigned has conferred with opposing counsel who is opposed to this motion.

                        /s/ Lisa M. Putnam
                        LISA M. PUTNAM
                        Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Opposed Motion to Transfer was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Paula S. Waddle, Esquire
> SOUTH TEXAS IMMIGRATION COUNCIL
> 107 N. Third St.
> Harlingen, TX  78550

on this the 10th day of August, 2005.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney