IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OSCAR GONZALEZ-BARAJAS, | ) |
| Petitioner, | ) |
| v. | ) C.A. No. B-03-067 |
| PHILIP D. TUTAK, et al. | ) |
| Respondents. | ) |

**ORDER TO TRANSFER**

The Respondents' opposed motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge