UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSCAR A. GONZALEZ-BARAJAS ) | |
| ) | |
| v. ) | C.A. No. B-03-067 |
| ) | |
| PHILIP D. TUTAK, DHS INT. DISTRICT ) | INS A No. 41 634 504 |
| DIR. FOR INTERIOR ENFORCMENT, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

ORDER GRANTING GRANTING BRIEFING TIME

Upon consideration of the Petitioner's unopposed Motion for time to brief the impact and issues of the REAL ID Act on the instant case, and it appearing that the Motion should be granted.

It is ordered that the Petitioner's counsel shall brief the issues raised by the REAL ID Act as apply to this case within _75_ days from the date hereof, and that Respondents' counsel may file a response thereto within _20_ days of service of Petitioner's brief upon Respondents' counsel.

Dated: _19 AUG_, 2005.

_____
United States ~~District~~ Judge
MAGISTRATE