IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-



NOV 1 0 2005

| | |
|---|---|
| OSCAR GONZALEZ-BARAJAS,<br>    Petitioner,<br><br>VS.<br><br>PHILIP D. TUTAK, DHS INTERIM<br>    DISTRICT DIRECTOR FOR<br>    INTERIOR ENFORCEMENT, and,<br>JOHN ASHCROFT, UNITED STATES<br>    ATTORNEY GENERAL,<br>    Respondents. | CIVIL ACTION NO. B-03-067 |

### TRANSFER ORDER

On August 10, 2005, Respondents filed an Unopposed Motion to Transfer Petitioner's § 2241 petition to the United States Court of Appeals for the Fifth Circuit pursuant to the Real ID Act of 2005.

Petitioner's immigration proceedings were concluded by the Immigration Judge in Harlingen, Texas, on February 22, 1999, and the final order from the BIA was issued on March 6, 2003.

It is hereby ORDERED that Respondent's Motion to Transfer (Docket No. 7) be GRANTED. The Clerk shall TRANSFER a paper copy of the entire available record to Fifth Circuit Court of Appeals pursuant to the Real ID Act of 2005, Pub. L. No. 103-13, 119 Stat. 231, Section 106.

DONE at Brownsville, Texas, this 10th day of November, 2005.

John Wm. Black
United States Magistrate Judge