

NOV 1 0 2005

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OSCAR A. GONZALEZ-BARAJAS ) | |
| ) | |
| ) | |
| v. ) | C.A. No. B-03-067 |
| ) | |
| PHILIP D. TUTAK, DHS INT. DISTRICT ) | INS A No. 41 634 504 |
| DIR. FOR INTERIOR ENFORCMENT, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

### ORDER GRANTING WITHDRAWAL OF OPPOSITION

Upon consideration of the Opposed Motion to Transfer in light of REAL ID Act, and the Petitioner's Counsel's Notice of Withdrawal of Opposition thereto, the Court finds that the Motion should be granted.

It is ordered that the Petitioner's counsel's Opposition to the Motion to Transfer is hereby withdrawn.

Dated: _10 Nov_, 2005.

United States ~~District~~ Judge
MAGISTRATE